# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

United States of America,

               Plaintiff(s),

vs.

Jose Alberto Santacruz-Benitez,

               Defendant(s).

2:24-mj-00133-MDC

**ORDER**

Defendant filed a pro se *Motion for Copies* (ECF No. 12)("Motion") in this closed criminal case. Defendant was represented by Benjamin Nemec, with the Federal Public Defender. Represented parties ordinarily may not personally file documents with the Court. See Local Rule IA 11-6.  Given that this case is closed, and plaintiff has only requested limited documents from the docket, the Court **GRANTS** the Motion in part. The Court directs the defendant, however, that in the future he should reach out to Mr. Nemec if he requires any additional documents related to this case. Defendant asks for a copy of the judgment, but there is no judgment in this case because the defendant was committed to another district. *ECF No. 7*. The Court thus denies the request for a copy of the judgment since there is not one. The defendant also asks for a copy of his commitment, which the Court interprets to be the docket entry titled "Commitment to Another District." *Id*. Defendant also asks for a copy of the docket sheet.

//

//

1

**IT IS ORDERED that:**

1. Defendant's Motion for Copies is **GRANTED IN PART**, as discussed in this order.

2. The Clerk of Court is **DIRECTED** to please mail copies of the following documents to

   defendant:

   a. The Commitment to Another District (ECF No. 7) and

   b. A copy of the docket sheet

DATED: April 10, 2026.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge